■ CARMINE CANOCCHIOLI et al., Copartners Doing Business under the Name of "KELLIE BROS. BEER DIST.", Respondents, v. JACOB RUPPERT, Appellant, and BENJAMIN CANOCCHIOLI et al., Respondents.— In an action to recover damages for breach of an alleged contract, the appeal is from an order modifying appellant's notice to examine respondents before trial. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. In our opinion, it was an improvident exercise of discretion on the record presented to modify the notice of examination before trial by vacating provisions thereof which directed the production of documents, correspondence, books and records relating to the issues between the parties with respect to damages. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ WALTER DOYLE, Appellant, v. CARBORUNDUM COMPANY, Respondent.— In an action to recover damages for personal injuries, the appeal is from a judgment, entered on a motion for a directed verdict, dismissing the complaint. The appellant was injured as the result of the breaking of a grinding wheel or disc manufactured by respondent. Judgment unanimously affirmed, with costs. There was no proof that respondent's method of manufacture was negligent or improper, and there was insufficient evidence that respondent failed to use due care in testing the wheel after the manufacture thereof to require submission of the evidence to the jury (see, e.g., *Kalinowski* v. *Ryerson & Son*, 242 App. Div. 43, affd. 270 N. Y. 532; *Welsh* v. *Cornell*, 168 N. Y. 508; *Matter of Case*, 214 N. Y. 199, 203–204). Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.